ALPAR v. WEYERHAEUSER CO.

No. 13 PC.

Case below: 20 N.C. App. 340.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

BANK v. DAIRY

No. 136 PC.

Case below: 20 N.C. App. 101.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

BROADNAX v. DELOATCH

No. 19 PC.

Case below: 20 N.C. App. 430.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

FOY v. BREMSON

No. 12 PC.

Case below: 20 N.C. App. 440.

Petition by defendant Bremson for writ of certiorari to North Carolina Court of Appeals allowed 5 March 1974.

KOHLER v. CONSTRUCTION CO.

No. 22 PC.

Case below: 20 N.C. App. 486.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.